UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., 7th Floor<br>Washington, DC 20006-2606,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE<br>2201 C Street N.W.<br>Washington DC 20520-0001<br><br>U.S. DEPARTMENT OF HEALTH AND<br>    HUMAN SERVICES<br>200 Independence Ave., S.W.<br>Washington, DC 20201-0004<br><br>U.S. AGENCY FOR INTERNATIONAL<br>    DEVELOPMENT<br>Ronald Reagan Building<br>Washington, DC 20523-1000,<br><br>    Defendants. | Civil Action No. |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1.   This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *as amended*, to compel the production of certain agency records likely to contribute to the public's understanding of the President's Emergency Plan for AIDS Relief ("PEPFAR").

**Jurisdiction**

2.   This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

**Parties**

3.   Plaintiff, Center for Public Integrity, is a District of Columbia corporation and a nonprofit, nonpartisan, tax-exempt organization that conducts investigative research and

reporting on public policy issues in the United States and around the world. Plaintiff is the requester of the withheld records.

4. Each defendant, U.S. Department Of State ("State"), U.S. Department Of Health and Human Services ("HHS"), and U.S. Agency For International Development ("USAID"), is an agency of the United States, and together they have possession of and control over the records that plaintiff seeks.

### Plaintiff's Freedom of Information Requests

5. By letter dated September 16, 2005 ("First Request"), addressed to Margaret P. Grafeld, a FOIA officer at State, plaintiff requested copies of the following documents, in electronic form where possible:

- The Country Operating Plans for all 15 countries receiving funding from the President's Emergency Plan for Aids Relief (Pepfar). This includes "activities to be implemented during the fiscal year, along with the associated activity descriptions, funding levels, indicator targets and implementing partners," as described under the Emergency Plan Country Operational Plan and Reporting System (COPRS), page 121, in Pepfar's First Annual Report to Congress.
- Data about partners should include the comprehensive list of community-based organizations (CBO), faith-based organizations (FBO) and non-governmental organizations (NGO) currently funded through Pepfar in each of the 15 countries covered by the president's plan.

6. By letter dated October 18, 2005 ("Second Request"), addressed to Ms. Grafeld, plaintiff requested copies of the following documents:

- All contracts made in relationship to the President's Emergency Plan for Aids Relief (Pepfar) since the creation of the plan through the date on which you process this request.

7. By letter dated October 18, 2005 ("Third Request"), addressed to Ms. Grafeld, plaintiff requested copies of the following documents, in electronic form where possible:

- any and all log(s) of correspondences (email and mail) sent and received by Ambassador Randall L. Tobias, U.S. Global AIDS Coordinator, between October 6, 2003, and the date on which you process this request.

8.  By letter dated October 18, 2005 ("Fourth Request"), addressed to Ms. Grafeld, plaintiff requested copies of the following documents, in electronic form where possible:

- All appointment logs, appointment calendars, calendars of meetings, daily agendas and other similar records for Ambassador Randall L. Tobias, U.S. Global AIDS Coordinator, between October 6, 2003, and the date on which you process this request.

9.  By letter dated October 18, 2005 ("Fifth Request"), addressed to Ms. Grafeld, plaintiff requested copies of the following documents, in electronic form where possible:

- All records or telephone logs reflecting incoming or outgoing calls by Ambassador Randall L. Tobias, U.S. Global AIDS Coordinator, and any telephone message clips and notes related to or indicating invitations or attendance at telephonic conference calls that were created by or on behalf of Ambassador Randall L. Tobias between October 6, 2003, and the date on which you process this request.

10. By letter dated October 18, 2005 ("Sixth Request"), addressed to Ms. Grafeld, plaintiff requested copies of the following documents, in electronic form where possible:

- A copy of the Department of State International Affairs Database (IAD) for all available years.

11. By letter dated October 18, 2005 ("Seventh Request"), addressed to Ms. Grafeld, plaintiff requested copies of the following documents, in electronic form where possible:

- A copy of the Department of State Central Resource Management System (CRMS) for all available years.

12. By letter dated October 24, 2005 ("Eighth Request"), to a FOIA officer at the Centers for Disease Control and Prevention ("CDC"), a component of HHS, addressed to CDC/ATSDR, Attn: FOI Office, MS-D54, 1600 Clifton Road, N.E., Atlanta, GA 30333, plaintiff requested copies of the following documents, in electronic form where possible:

- any and all log(s) of correspondences (email and mail) sent and received by Deborah Birx, Director of the Global AIDS Program (GAP), and the office of U.S. Global AIDS Coordinator, since it's inception in October 2003 to date.

3

13. By letter dated October 19, 2005 ("Ninth Request"), addressed to J.M. Paskar, a FOIA officer at USAID, plaintiff requested copies of the following documents, in electronic form where possible:

- any and all log(s) of correspondences (email and mail) sent and received by the Director of the USAID Center for Faith-based Community Initiatives, Garrett Grigsby and the office of U.S. Global AIDS Coordinator, since its inception in October 2003 to date.

14. By letter dated October 25, 2005 ("Tenth Request"), addressed to Mr./Ms. Paskar, plaintiff requested copies of the following documents, in electronic form where possible:

- All appointment logs, appointment calendars, calendars of meetings, daily agendas and other similar records for Garrett Grigsby, Director of USAID Center for Faith-based Community Initiatives, since February 1st, 2002 and the date on which you process this request.

**Defendants' Processing of the Requests**

15. More than twenty working days have passed since defendants received each of plaintiff's requests. Defendants have not made a determination on any of plaintiff's requests.

16. Plaintiff has a statutory right to the requested records, and there is no legal basis for defendants' failure to make them available to plaintiff.

**Demand for Relief**

WHEREFORE, plaintiff requests that this Court:

1. Declare that defendants' failure to disclose the records requested by plaintiff is unlawful;

2. Order defendants to make the requested records available to plaintiff;

3. Award plaintiff its costs and reasonable attorneys' fees in this action; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____/s/_____
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239

Attorney for Plaintiff