CO-386-online
10/03

# United States District Court
# For the District of Columbia

Center for Public Integrity )
)
)
)
          vs          Plaintiff )    Civil Action No._____
)
U.S. Department of State, et al. )
)
)
          Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  plaintiff, Center for Public Integrity,  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  plaintiff_____  which  have

any outstanding securities in the hands of the public:

   none (plaintiff is a nonprofit corporation)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/
_____
Signature

D.C. Bar #458244
_____      Peter Newbatt Smith
BAR IDENTIFICATION NO.      Print Name

910 17th Street, N.W., 7th Floor
_____
Address

Washington, DC 20006-2606
_____
City        State        Zip Code

202-481-1239
_____
Phone Number