UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR PUBLIC INTEGRITY,           |
                                        |
    Plaintiff,                          |
                                        |
v.                                      | Civil Action No. 05-2313 (JDB)
                                        | ECF
U.S. DEPARTMENT OF STATE, *et al.*,     |
                                        |
    Defendants.                        |

## PROOF OF SERVICE

Please take note that the attached Declaration of Service executed by Marina Walker Guevara (Exhibit 1) and U.S. Postal Service Certified Mail Receipts, Domestic Return Receipts and Track & Confirm records (Exhibits 2-5) are filed as proof of service in this case.

I certify that, as evidenced by the U.S. Postal Service Certified Mail Receipts, Domestic Return Receipts and Track & Confirm records, a Summons and a copy of the Complaint in this case was mailed to each of the following on December 1, 2005, by certified first-class mail:

    (1) U.S. Department of State, 2201 C St., N.W., Washington, DC 20520-0001;

    (2) U.S. Department of Health and Human Services, 200 Independence Ave., S.W., Washington, DC 20201-0004;

    (3) U.S. Agency for International Development, Ronald Reagan Building, Washington, DC 20523-1000; and

    (4) Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0001.

2

      Respectfully submitted,

      _____/s/_____
      Peter Newbatt Smith
      D.C. Bar #458244
      Center for Public Integrity
      910 17th Street, N.W., 7th Floor
      Washington, DC 20006-2606
      202-481-1239
      Attorney for Plaintiff