UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, | \| |
| Plaintiff, | \| |
| v. | \| Civil Action No. 05-2313 (JDB) |
| | \| ECF |
| U.S. DEPARTMENT OF STATE, *et al.*, | \| |
| Defendants. | \| |

**DECLARATION OF SERVICE**

My name is Marina Walker Guevara. I am over eighteen years of age. I am employed by the plaintiff, but I am not a party, in the case captioned above.

On November 30, 2005, at approximately 3:50 p.m., at 501 3rd Street, N.W., 4th Floor, Washington, D.C., I handed a copy of the Complaint in this case and a Summons addressed to the U.S. Attorney for the District of Columbia, to an employee who identified herself to me as Debra Muhammad, and who indicated she was authorized to accept them on behalf of the U.S. Attorney.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on _____[11/30/05]_____ .

_____/s/_____
Marina Walker Guevara

Exhibit 1