**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here — WASHINGTON SQUARE, DEC 7 2005, PO 20035-9998

Sent To: U.S. Department of State
Street, Apt. No.; or PO Box No.: 2201 C Street NW
City, State, ZIP+4: Washington DC 20520-0001

PS Form 3800, June 2002      See Reverse for Instructions

7003 1010 0003 3282 2233

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of State
2201 C Street N.W.
Washington, DC 20520-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 12-8-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 3282 2233

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Exhibit 2



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1010 0003 3282 2233**
Status: **Arrival at Unit**

Your item arrived at 1:32 am on December 05, 2005 in WASHINGTON, DC 20022. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  (Go >)



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy