**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .83 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

Postmark Here — WASHINGTON SQUARE PO 20036-9997 USPS — DEC 1 2005

Sent To: U.S. Agency for International Development
Street, Apt. No.; or PO Box No.: Ronald Reagan Building
City, State, ZIP+4: Washington DC 20523-1000

PS Form 3800, June 2002    See Reverse for Instructions

7002 0101 0003 2282 2257

Exhibit 4

**UNITED STATES POSTAL SERVICE**

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 1010 0003 3282 2257**
Detailed Results:

- **Delivered, December 05, 2005, 9:38 am, WASHINGTON, DC 20523**
- **Arrival at Unit, December 05, 2005, 1:47 am, WASHINGTON, DC 20022**

[ < Back ]    [ Return to USPS.com Home > ]

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  [ Go > ]


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy