IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF STATE; U.S. ) <br> DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES; and U.S. AGENCY ) <br> FOR INTERNATIONAL ) <br> DEVELOPMENT, ) <br> Defendants. ) <br> ) | Civil Action No. 1:05-cv-02313 (JDB) |

## ATTORNEY APPEARANCE

Undersigned counsel, Amy E. Powell, hereby enters her appearance as counsel for the defendants in the above-captioned case.

Dated: January 6, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

_/s/ Amy E. Powell_
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7217
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov