IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,                )<br>                                                                   )<br>                           Plaintiff,              )<br>                                                                   )<br>            v.                                                    )<br>                                                                   )  Civil Action No. 1:05-cv-02313 (JDB)<br>U.S. DEPARTMENT OF STATE; U.S.    )<br>DEPARTMENT OF HEALTH AND       )<br>HUMAN SERVICES; and U.S. AGENCY )<br>FOR INTERNATIONAL                           )<br>DEVELOPMENT,                                     )<br>                           Defendants.         )<br>                                                                   ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A RESPONSE

Defendants U.S. Department of State, U.S. Department of Health and Human Services and U.S. Agency for International Development respectfully move for an extension of time up to and including January 31, 2006, in which to file a response to the complaint. The defendants' response was due December 30, 2005. This is defendants' first request for an extension of time to file a responsive pleading in the present case, and the request is supported by good cause. The complaint involves multiple FOIA requests submitted to three separate federal agencies, and the defendants need the requested enlargement of time to thoroughly review the allegations of the complaint and to prepare the Government's response. Undersigned counsel has exercised diligence in this matter, including following up with the agencies involved and with plaintiff's counsel in order to assure that a responsive pleading will be filed with this Court within the time requested.

Therefore, the defendants respectfully request that this motion for an extension of time be granted. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

Dated: January 11, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG (D.C. Bar 180661)
Assistant Director
Federal Programs Branch

/s/ Amy E. Powell
AMY E. POWELL (New York Bar)
Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7217
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov