UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No.  05-2313 (JDB) |

## ORDER

Defendants have now answered plaintiff's complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to FOIA actions.  See Local Civil Rule 16.3 (b)(1).  The Court has reviewed the complaint and the answer in this case.  Defendants raise grounds for dismissal or summary judgment but have not yet filed a dispositive motion.  Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than February 22, 2006 a proposed briefing schedule for the filing of dispositive motions to resolve this matter.  In the event the parties cannot agree, separate proposals shall be filed by that date.

                                    /s/ John D. Bates
                                       JOHN D. BATES
                                  United States District Judge

Dated:    February 2, 2006

Copies to:

**Peter Newbatt Smith**
CENTER FOR PUBLIC INTEGRITY
910 17th Street, NW
Washington, DC 20006-2606
Email: psmith@publicintegrity.org
    *Counsel for Plaintiff*

**Amy Powell**
U.S. DEPARTMENT OF JUSTICE
Civil Division -- Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email:amy.powell@usdoj.gov
    *Counsel for Defendants*