# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR PUBLIC INTEGRITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-02313 (JDB) |
| | ) | |
| U.S. DEPARTMENT OF STATE; U.S. | ) | |
| DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES; and U.S. AGENCY | ) | |
| FOR INTERNATIONAL | ) | |
| DEVELOPMENT, | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO SET A BRIEFING SCHEDULE

In light of this Court's order dated February 2, 2006, to file a proposed briefing schedule, the parties have conferred and hereby jointly move to vacate the Court's order and stipulate to the following:

First, the parties stipulate to the voluntary dismissal of defendants Department for Health and Human Services ("HHS") and U.S. Agency for International Development ("USAID").

Defendant U.S. Department of State ("State Department") and the plaintiff Center for Public Integrity ("CPI") further request that the following schedule be set for briefing of a motion to stay the proceedings or for an extension of time:

a. By March 14, 2006, defendant State Department will move for a stay of the proceedings, pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976), or in the alternative for an extension of time, and will file a supporting memorandum.

b. By March 24, 2006, plaintiff CPI will file its opposition to the defendant's motion to stay the proceedings or for an extension of time.

c. By March 31, 2006, defendant State Department will file its reply to plaintiff's opposition to its motion for a stay or for an extension of time.

It is requested that the Court so order.

Dated: February 22, 2006

Respectfully submitted,

/s/_____

PETER NEWBATT SMITH
D.C. Bar #458244
Center for Public Integrity
910 17th St. NW, 7th floor
Washington, D.C. 20006-2606
Telephone: (202) 481-1239
Email: psmith@publicintegrity.org

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

/s/_____

AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7217
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CENTER FOR PUBLIC INTEGRITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-02313 (JDB) |
| | ) | |
| U.S. DEPARTMENT OF STATE; U.S. | ) | |
| DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES; and U.S. AGENCY | ) | |
| FOR INTERNATIONAL | ) | |
| DEVELOPMENT, | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER ON JOINT MOTION TO SET A BRIEFING SCHEDULE**

Having considered the parties' stipulation, the Court hereby DISMISSES defendants

Department of Health and Human Services and the United States Agency for International

Development. Having considered the parties' joint proposed briefing schedule, the parties shall

adhere to the following schedule, unless it is modified by the Court for its own convenience or on

application of a party:

a. By March 14, 2006, defendant State Department will move for a stay of the proceedings, pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and <u>Open America v. Watergate Special Prosecution Force</u>, 547 F.2d 605 (D.C. Cir. 1976), or in the alternative for an extension of time, and will file a supporting memorandum.

b. By March 24, 2006, plaintiff CPI will file its opposition to the defendant's motion to stay the proceedings or for an extension of time.

c. By March 31, 2006, defendant State Department will file its reply to plaintiff's opposition to its motion for a stay or for an extension of time.

SO ORDERED on this _____ day of February, 2006.

_____
John D. Bates
United States District Judge