UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br><br>　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>　　Defendants. | Civil Action No.  05-2313 (JDB) |

## ORDER

Upon consideration of the parties' joint motion to set a briefing schedule and stipulation of voluntary dismissal of the Department of Health and Human Services as a defendant, it is hereby

**ORDERED** that the Department of Health and Human Services is **DISMISSED**; it is further

**ORDERED** that the parties shall comply with the following schedule unless it is modified by the Court upon application of a party:

1. Defendant Department of State shall file a motion for a stay of proceedings, pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976), or in the alternative, for an extension of time, by not later than March 14, 2006.

2. Plaintiff shall file its opposition to defendant's motion by not later than March 24, 2006.

3. Defendant Department of State shall file its reply to plaintiff's opposition to its motion by not later than March 31, 2006.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:   February 22, 2006

-2-

Copies to:

**Peter Newbatt Smith**
CENTER FOR PUBLIC INTEGRITY
910 17th Street, NW
Washington, DC 20006-2606
Email: psmith@publicintegrity.org
    *Counsel for Plaintiff*

**Amy Powell**
U.S. DEPARTMENT OF JUSTICE
Civil Division -- Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email:amy.powell@usdoj.gov
    *Counsel for Defendants*