## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:05-cv-02313 (JDB) |

### DEFENDANT'S MOTION FOR AN OPEN AMERICA STAY OF THE PROCEEDINGS, OR IN THE ALTERNATIVE, AN EXTENSION OF TIME

Defendant United States Department of State respectfully moves this Court for a stay of the proceedings pursuant to 5 U.S.C. § 552(a)(6)(C), pending the processing of plaintiff Center for Public Integrity's FOIA requests. Defendant is exercising due diligence in processing plaintiff's requests while facing exceptional circumstances. Therefore, a stay of the proceedings is appropriate. In the alternative, defendant seeks an extension of time to process plaintiff's request and file a proposed briefing schedule for dispositive motions. The argument and authority supporting defendant's motion are presented in the accompanying memorandum. The proposed orders are attached.

Dated: March 14, 2006                               Respectfully submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

                                                    KENNETH L. WAINSTEIN
                                                    United States Attorney

                                                    ARTHUR R. GOLDBERG
                                                    Assistant Director

Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov