# ATTACHMENT 1

Margaret P. Grafeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington, D.C. 20522-6001

September 16, 2005

Dear Ms. Grafeld:

This is a request under the **Federal Freedom of Information Act** (FOIA), the First
Amendment to the United States Constitution, the common law of the United States, the
Privacy Act (5 U.S.C.) section 552a, and any statue providing for public access to
government information:

I request that I be sent copies of the following documents:

- The Country Operating Plans for all 15 countries receiving funding from the
  President's Emergency Plan for Aids Relief (Pepfar). This includes "activities
  to be implemented during the fiscal year, along with the associated activity
  descriptions, funding levels, indicator targets and implementing partners,"
  as described under the Emergency Plan Country Operational Plan and
  Reporting System (COPRS), page 121, in Pepfar's First Annual Report to
  Congress.
- Data about partners should include the comprehensive list of community-
  based organizations (CBO), faith-based organizations (FBO) and non-
  governmental organizations (NGO) currently funded through Pepfar in each
  of the 15 countries covered by the president's plan.

I would prefer to receive the largest number of records or documents in electronic form.

I am filing this FOIA request as a "representative of the news media," which both the
Department of State and the Central Intelligence Agency have granted members of my
organization in previous FOIA searches of their archives. This designation entitles me to
a waiver of fees accumulated during the actual search and review process. However, if
your agency does determine that I should be charged for any part of this request, please
contact me before any searches reach an estimate cost of $25.00.

The Center for Public Integrity is a nonpartisan, nonprofit investigative reporting
organization, based in Washington, D.C., whose mission is to examine and write about
public service and ethics-related issues. The International Consortium of Investigative
Journalists was created in 1997 as a project of the Center for Public Integrity. For more
information on the Center for Public Integrity, ICIJ, and their online publication, please
refer, respectively, to http://www.publicintegrity.org, http://www.icij.org, and
http://www.public-i.org.

In reference to our request I have provided the following information addressing the
points listed in the Department of Justice's FOIA Guide, 2002 Edition: Fees and Fee
Waivers, as found online at http://www.usdoj.gov/oip/fees.htm.

1. The content from these contracts "is likely to contribute" to the understanding of your agency to the common reader. Our research would not be possible without the specific content garnered by the release of the requested information. Prior to any action on this FOIA request, this information is not in the public domain.

2. Due to the nature of our organization, the Center for Public Integrity, the disclosure under our FOIA request will "contribute to the understanding of the public at large." The information will be posted to our newsletter, *The Public i* and on our website, www.publicintegrity.org, and will be read by a large number of people. We expect the information produced through this and other FOIA requests to serve as the basis for several press releases and articles that explain the actions and operations of government to the general public. Similar stories we have written in the past have increased the understanding of an issue by a large percentages of the public. For example, our organization posted the first stories about the "Lincoln Bedroom" scandal under the Clinton administration, and now the general public knows that campaign contributors to the Democratic Party were allowed to stay at the White House. Other stories, including the Center's exclusive release of Securities and Exchange Commission Records pertaining to President Bush's sale of Harken stock and Vice President Cheney's connections to the Halliburton Corporation have similarly informed the public.

3. In addition to publishing the information on our website, relevant information from this FOIA request will also be distributed to the general public via major news organizations. Among the news organizations that referred to our reports during a recent time period are: CBS, NBC, CNN, NPR, U.S. News & World Report, AP, AFP, Reuters, Knight Ridder, Cox News, New York Times, Washington Post, Los Angeles Times, USA Today, Dallas Morning News, Houston Chronicle, Austin American Statesman, Chicago Tribune, Philadelphia Inquirer, Christian Science Monitor, Atlanta Journal & Constitution, San Francisco Chronicle and the Seattle Times. International newspapers such as The Gazette (Montreal), Daily Telegraph (London), The Guardian, Irish Times, Scotland on Sunday and Hong Kong Mail have also cited the Center reports during a recent time period. We expect that information provided through this FOIA request will similarly result in reporting featured by such national and global news organizations.

The Center for Public Integrity also possesses the skills necessary to process the requested information. We are investigative journalists. We write and post an online newsletter. Other members of the media consider us to be news organization as evidenced by our numerous awards over the years from the Society of Professional Journalists and the Investigative Reporters and Editors Inc. Additionally, many federal agencies have deemed the Center for Public Integrity to be news media for FOIA requests.

4. The disclosures we requested through the Freedom of Information Act do not primarily serve any "commercial interest." Any data derived from our request will be used primarily to educate the public and will be distributed freely. As described in section (3), we represent the news media and plan to distribute this information to the public.

5. In reference to any "commercial interest," we do not have any. Almost all of our money comes from grants and donations. The Center for Public Integrity is a non-profit. Almost all of the publications by the Center are made available without charge.

As I am sure you are aware, the Freedom of Information Act, under 32 C.F. R. 806, requires that if part of a record is exempt from disclosure, you must redact and release all segregated parts. Please describe the deleted material in detail and specify the reasons for believing that the alleged statutory justification applies in this instance.

I look forward to your decision on granting or denying our request within 20 days as outlined by the statute. As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request. If my request is denied in whole or in part, please specify which exemption(s) is (are) claimed for each passage or whole document denied. In addition, please give the number of pages in each document and the total number of pages pertaining to this request and the dates of the documents withheld. Please provide copies of any logs, internal tracking numbers or other file-tracking device or system of documents in existence but denied disclosure. Such statements will be helpful in deciding whether to appeal an adverse determination.

I appreciate your attention to this and expect, as the FOIA provides, to hear from your office within 20 days. If you have any questions about the nature or scope of this request, please call me at: 202-481-1258.

Sincerely,


Marina Walker Guevara

Marina Walker Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC 20006
202-481-1211
mwalker@icij.org

# ATTACHMENT 2



**United States Department of State**

*Washington, D.C. 20520*

September 26, 2005
Case Number: 200504053

Ms. Marina Walker Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC 20006

Dear Ms. Guevara:

This is in response to your Freedom of Information Act (FOIA) request, dated September 16, 2005 for copies of documents concerning the Country Operating Plans for all 15 countries receiving funding from the President's Emergency Plan for Aids Relief (Pepfar) as described. The time period for your request is from 1/1/2004 to the present.

We will begin the processing of your request based upon the information provided in your communication. We will notify you as soon as responsive material has been retrieved and reviewed.

We wish to advise you that the cut-off date for retrieving records is either the date you have given the Department by specifying a

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
   *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 2

-2-

particular time frame or the date the search is initiated.

**Fees:** The Freedom of Information Act requires agencies to assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

Based upon the information that you have provided, we have placed you in the "news media" requester category. This category requires us to assess:

- duplication costs after first 100 pages.

(see 22 CFR 171, enclosed)

Based upon the information provided in your letter, your request for a fee waiver has been denied. If you wish to appeal this decision, you may write to the Chief, Requester Liaison Division, at the address given on the bottom of this page. Your appeal should address the points listed in the enclosed sheet entitled "Requests for Fee Waivers." Your appeal must be sent to us within 30 days from the date that you receive this letter.

You have stated your willingness to pay the fees incurred in the processing of this request up to $25.00

We will notify you of the costs incurred in processing your request as soon as the search for and review of any responsive documents have

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
       *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email:  FOIAStatus@state.gov*

- 3 -

been completed.

While we will make every effort to meet the time limits cited in the Freedom of Information Act (5 USC § 552), unusual circumstances may arise for extending the time limit (see enclosure). We appreciate your patience in this matter.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

*Katrina M. Wood*

Katrina M. Wood
Requester Communications Branch

Enclosure: As stated.

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

# ATTACHMENT 3



**United States Department of State**

*Washington, D.C. 20520*

Case No. 200504053

Marina Walker Guevara
The Center for Public Integrity
910 17th Street N.W., 7th Floor
Washington, D.C. 20006-2606

FEB – 7 2006

Dear Ms. Walker Guevara:

We are writing to provide additional information about the FOIA request identified above.

You have requested PEPFAR "Country Operating Plans for all 15 countries receiving funding," including the lists of organizations funded through PEPFAR in each of the 15 countries. We are processing this request. You should be aware, however, that significant amounts of information responsive to this request are already publicly available on the Department's Office of the Global AIDS Coordinator website, which can be found at http://www.state.gov/s/gac. In particular, this website includes summaries of the Country Operating Plans and lists of the partner organizations for each of the 15 PEPFAR focus countries. See http://www.state.gov/s/gac/countries/fc.

The search for documents relevant to your request is continuing and we will notify you when it is concluded.

If you have any questions with respect to our handling of your case, you may write to the Office of Information Programs and Services, SA-2, Department of State, Washington, D.C. 20522-8100. Please be sure to refer to the case number shown above in all correspondence about this case.

- 2 -

Your continued cooperation is appreciated.

Sincerely,

Margaret P. Grafeld, Director
Office of Information Programs
and Services

Enclosures:
As stated.

# ATTACHMENT 4

This e-mail is **unclassified** based on the definitions provided in E.O. 12958, as amended

---

**From:** Walker, Marina [mailto:mwalker@icij.org]
**Sent:** Friday, February 17, 2006 5:34 PM
**To:** grafeldmp@state.gov
**Subject:** Response to your letter/I mailed a hard copy today
**Importance:** High

Ms. Margaret P. Grafeld, Director
Office of Information Programs and Services
U.S. Department of State
Washington, DC 20520

Dear Ms. Grafeld,

I am responding to your letter dated February 7, 2006, regarding our FOIA request (**Case No. 200504053**). I would like to clarify the terms of the request.

In your letter you mention that "significant amounts of information responsive to this request are publicly available on the Department's Office of the Global AIDS Coordinator website". We appreciate this response and are well aware of the information available on the Web site you mention. We also appreciate your assurance that "the search for documents relevant to your request is continuing."

Your response to our request should include production of all responsive records from the Country Operational Plan and Reporting System (COPRS). In the State Department's Second Annual Report to Congress on PEPFAR (February 8, 2006), the database is referred to as being fully operational.

> **"In fiscal year 2005, the Country Operational Plan and Reporting System (COPRS) became fully operational. This web-based information system allows for the annual entry and updating of Emergency Plan COPs, annual and semiannual program results, and budget information by the focus country teams."**

From this description, it would appear that much if not all of the data in COPRS is responsive to our request.

Please also note that the original request included the specification that "I would prefer to receive the largest number of records or documents in electronic form." Production of the COPRS database to us would satisfy this requirement and, as the report to Congress indicated, would allow the

> **"Information [to] be rapidly searched and reported by key factors and areas of interest to the program, including partner and partner type, program area, geographic coverage, gender issues, indicator targets and results, and budget."**

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 4

2/21/2006

Response to your letter/I mailed a hard copy today    Page 3 of 3

We look forward to receiving the requested records soon. Please contact us if you need further clarification.

Sincerely,

Marina Walker Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC 20006
202-481-1211
mwalker@icij.org

2/21/2006

# ATTACHMENT 5

Margaret P. Grafeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington, D.C. 20522-6001

October 18, 2005

Dear Ms. Grafeld:

This is a request under the Federal Freedom of Information Act (FOIA), the First
Amendment to the United States Constitution, the common law of the United States, the
Privacy Act (5 U.S.C.) section 552a, and any statue providing for public access to
government information.

I request that I be sent copies of the following documents:

- A copy of the Department of State Central Resource Management System
  (CRMS) for all available years.

I would prefer to receive the largest number of records or documents in electronic form.

I am filing this FOIA request as a "representative of the news media," which both the
Department of State and the Central Intelligence Agency have granted members of my
organization in previous FOIA searches of their archives. This designation entitles me to
a waiver of fees accumulated during the actual search and review process. However, if
your agency does determine that I should be charged for any part of this request, please
contact me before any searches reach an estimate cost of $25.

The Center for Public Integrity is a nonpartisan, nonprofit investigative reporting
organization, based in Washington, D.C., whose mission is to examine and write about
public service and ethics-related issues. The International Consortium of Investigative
Journalists was created in 1997 as a project of the Center for Public Integrity. For more
information on the Center for Public Integrity, ICIJ, and their online publication, please
refer, respectively, to http://www.publicintegrity.org, http://www.icij.org, and
http://www.public-i.org.

In reference to our request I have provided the following information addressing the
points listed in the Department of Justice's FOIA Guide, 2002 Edition: Fees and Fee
Waivers, as found online at http://www.usdoj.gov/oip/fees.htm.

1. The content from these records "is likely to contribute" to the understanding of your
agency to the common reader. Our research would not be possible without the specific
content garnered by the release of the requested information. Prior to any action on this
FOIA request, this information is not in the public domain.

2. Due to the nature of our organization, the Center for Public Integrity, the disclosure
under our FOIA request will "contribute to the understanding of the public at large." The
information will be posted to our newsletter, *The Public i* and on our website,

www.publicintegrity.org, and will be read by a large number of people. We expect the information produced through this and other FOIA requests to serve as the basis for several press releases and articles that explain the actions and operations of government to the general public. Similar stories we have written in the past have increased the understanding of an issue by a large percentages of the public. For example, our organization posted the first stories about the "Lincoln Bedroom" scandal under the Clinton administration, and now the general public knows that campaign contributors to the Democratic Party were allowed to stay at the White House. Other stories, including the Center's exclusive release of Securities and Exchange Commission Records pertaining to President Bush's sale of Harken stock and Vice President Cheney's connections to the Halliburton Corporation have similarly informed the public.

**3.** In addition to publishing the information on our website, relevant information from this FOIA request will also be distributed to the general public via major news organizations. Among the news organizations that referred to our reports during a recent time period are: CBS, NBC, CNN, NPR, U.S. News & World Report, AP, AFP, Reuters, Knight Ridder, Cox News, New York Times, Washington Post, Los Angeles Times, USA Today, Dallas Morning News, Houston Chronicle, Austin American Statesman, Chicago Tribune, Philadelphia Inquirer, Christian Science Monitor, Atlanta Journal & Constitution, San Francisco Chronicle and the Seattle Times. International newspapers such as The Gazette (Montreal), Daily Telegraph (London), The Guardian, Irish Times, Scotland on Sunday and Hong Kong Mail have also cited the Center reports during a recent time period. We expect that information provided through this FOIA request will similarly result in reporting featured by such national and global news organizations.

The Center for Public Integrity also possesses the skills necessary to process the requested information. We are investigative journalists. We write and post an online newsletter. Other members of the media consider us to be news organization as evidenced by our numerous awards over the years from the Society of Professional Journalists and the Investigative Reporters and Editors Inc. Additionally, many federal agencies have deemed the Center for Public Integrity to be news media for FOIA requests.

**4.** The disclosures we requested through the Freedom of Information Act do not primarily serve any "commercial interest." Any data derived from our request will be used primarily to educate the public and will be distributed freely. As described in section (3), we represent the news media and plan to distribute this information to the public.

**5.** In reference to any "commercial interest," we do not have any. Almost all of our money comes from grants and donations. The Center for Public Integrity is a non-profit. Almost all of the publications by the Center are made available without charge.

As I am sure you are aware, the Freedom of Information Act, under 32 C.F. R. 806, requires that if part of a record is exempt from disclosure, you must redact and release all segregated parts. Please describe the deleted material in detail and specify the reasons for believing that the alleged statutory justification applies in this instance.

I look forward to your decision on granting or denying our request within 20 days as outlined by the statute. As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request. If my request is denied in whole or in part, please specify which exemption(s) is (are) claimed for each passage or whole document denied. In addition, please give the number of pages in each document and the total number of pages pertaining to this request and the dates of the documents withheld. Please provide copies of any logs, internal tracking numbers or other file-tracking device or system of documents in existence but denied disclosure. Such statements will be helpful in deciding whether to appeal an adverse determination.

I appreciate your attention to this and expect, as the FOIA provides, to hear from your office within 20 days. If you have any questions about the nature or scope of this request, please call me at: 202-481-1211.

Sincerely,

Marina Walker Guevara

Marina Walker Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC 20006
202-481-1211
mwalker@icij.org

# ATTACHMENT 6



**United States Department of State**

*Washington, D.C. 20520*

December 23, 2005
Case Number: 200504758

Ms. Marina W. Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC 20006

Dear Ms. Guevara:

This is in response to your Freedom of Information Act (FOIA) request, dated October 18, 2005 for copies of documents concerning the Department of State International Affairs Database (IAD) for all available years.

We are in the process of reviewing your request and will contact you again with additional information about the records you seek.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 6

-2-

We are pleased to be of service to you.

Sincerely,

Katrina M. Wood
Requester Communications Branch

Enclosure: As stated.

Office of Information Programs and Services
U.S. Department of State  SA- 2
Washington, DC 20522-8100
      Web site: foia.state.gov

Inquiries:
Phone: 1- 202- 261- 8314
FAX: 1- 202- 261- 8579
email: FOIAStatus@state.gov

# ATTACHMENT 7



United States Department of State

*Washington, D.C. 20520*

January 17, 2006
Case Number: 200504758

Ms. Marina W. Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC 20006

Dear Ms. Guevara:

This is a follow-up to our letter dated December 23, 2005,
concerning your Freedom of Information Act (FOIA) request dated
October 18, 2005, for copies of documents concerning the
Department of State Central Resource Management System
(CRMS) for all available years. (Our December 23, 2005, letter
inadvertently identified the subject of case number 200504758 as
the International Affairs Database (IAD). We have assigned case
number 200504758 to your request for the CRMS and case number
200504760 to your request for the IAD. We apologize for any
misunderstanding this may have caused.)

The CRMS is a budget formulation, presentation, and execution
system, and it contains State Department budget account and
allocation information. Each year, detailed budget account and

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 7

-2-

allocation information is pulled from the CRMS and is submitted to Congress in two publications, the Budget in Brief and Congressional Budget Justification. These documents present prior, current, and budget year funding and resource requirements for the Congress to consider in passing the annual Department of State appropriations bills. The Budget in Brief budget requests are available on the Department's website for the last five fiscal years—go to the Department's "International Affairs Budget" web page at: http://www.state.gov/s/d/rm/c6112.htm, and choose Budget in Brief for each fiscal year.

We trust that this completes the processing of your request for information from the CRMS. Accordingly, we have closed the file.

If you have any questions, please do not hesitate to contact us at the address provided below. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

Katrina M. Wood
Requester Communications Branch

---

Office of Information Programs and Services
U.S. Department of State SA- 2
Washington, DC 20522-8100
     Web site: foia.state.gov

Inquiries:
Phone: 1- 202- 261- 8314
FAX: 1- 202- 261- 8579
email: FOIAStatus@state.gov

# ATTACHMENT 8

Margaret P. Grafeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington, D.C. 20522-6001

October 18, 2005

Dear Ms. Grafeld:

This is a request under the **Federal Freedom of Information Act** (FOIA), the First
Amendment to the United States Constitution, the common law of the United States, the
Privacy Act (5 U.S.C.) section 552a, and any statue providing for public access to
government information.

I request that I be sent copies of the following documents:

* **A copy of the Department of State International Affairs Database (IAD) for
  all available years.**

I would prefer to receive the largest number of records or documents in electronic form.

I am filing this FOIA request as a "representative of the news media," which both the
Department of State and the Central Intelligence Agency have granted members of my
organization in previous FOIA searches of their archives. This designation entitles me to
a waiver of fees accumulated during the actual search and review process. However, if
your agency does determine that I should be charged for any part of this request, please
contact me before any searches reach an estimate cost of $25.

The Center for Public Integrity is a nonpartisan, nonprofit investigative reporting
organization, based in Washington, D.C., whose mission is to examine and write about
public service and ethics-related issues. The International Consortium of Investigative
Journalists was created in 1997 as a project of the Center for Public Integrity. For more
information on the Center for Public Integrity, ICIJ, and their online publication, please
refer, respectively, to http://www.publicintegrity.org, http://www.icij.org, and
http://www.public-i.org.

In reference to our request I have provided the following information addressing the
points listed in the Department of Justice's FOIA Guide, 2002 Edition: Fees and Fee
Waivers, as found online at http://www.usdoj.gov/oip/fees.htm.

1. The content from these contracts "is likely to contribute" to the understanding of your
agency to the common reader. Our research would not be possible without the specific
content garnered by the release of the requested information. Prior to any action on this
FOIA request, this information is not in the public domain.

2. Due to the nature of our organization, the Center for Public Integrity, the disclosure
under our FOIA request will "contribute to the understanding of the public at large." The
information will be posted to our newsletter, *The Public i* and on our website,

www.publicintegrity.org, and will be read by a large number of people. We expect the information produced through this and other FOIA requests to serve as the basis for several press releases and articles that explain the actions and operations of government to the general public. Similar stories we have written in the past have increased the understanding of an issue by a large percentages of the public.  For example, our organization posted the first stories about the "Lincoln Bedroom" scandal under the Clinton administration, and now the general public knows that campaign contributors to the Democratic Party were allowed to stay at the White House. Other stories, including the Center's exclusive release of Securities and Exchange Commission Records pertaining to President Bush's sale of Harken stock and Vice President Cheney's connections to the Halliburton Corporation have similarly informed the public.

**3.** In addition to publishing the information on our website, relevant information from this FOIA request will also be distributed to the general public via major news organizations. Among the news organizations that referred to our reports during a recent time period are: CBS, NBC, CNN, NPR, U.S. News & World Report, AP, AFP, Reuters, Knight Ridder, Cox News, New York Times, Washington Post, Los Angeles Times, USA Today, Dallas Morning News, Houston Chronicle, Austin American Statesman, Chicago Tribune, Philadelphia Inquirer, Christian Science Monitor, Atlanta Journal & Constitution, San Francisco Chronicle and the Seattle Times. International newspapers such as The Gazette (Montreal), Daily Telegraph (London), The Guardian, Irish Times, Scotland on Sunday and Hong Kong Mail have also cited the Center reports during a recent time period. We expect that information provided through this FOIA request will similarly result in reporting featured by such national and global news organizations.

The Center for Public Integrity also possesses the skills necessary to process the requested information. We are investigative journalists. We write and post an online newsletter. Other members of the media consider us to be news organization as evidenced by our numerous awards over the years from the Society of Professional Journalists and the Investigative Reporters and Editors Inc. Additionally, many federal agencies have deemed the Center for Public Integrity to be news media for FOIA requests.

**4.** The disclosures we requested through the Freedom of Information Act do not primarily serve any "commercial interest." Any data derived from our request will be used primarily to educate the public and will be distributed freely. As described in section (3), we represent the news media and plan to distribute this information to the public.

**5.** In reference to any "commercial interest," we do not have any. Almost all of our money comes from grants and donations. The Center for Public Integrity is a non-profit. Almost all of the publications by the Center are made available without charge.

As I am sure you are aware, the Freedom of Information Act, under 32 C.F. R. 806, requires that if part of a record is exempt from disclosure, you must redact and release all segregated parts. Please describe the deleted material in detail and specify the reasons for believing that the alleged statutory justification applies in this instance.

I look forward to your decision on granting or denying our request within 20 days as outlined by the statute. As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request. If my request is denied in whole or in part, please specify which exemption(s) is (are) claimed for each passage or whole document denied. In addition, please give the number of pages in each document and the total number of pages pertaining to this request and the dates of the documents withheld. Please provide copies of any logs, internal tracking numbers or other file-tracking device or system of documents in existence but denied disclosure. Such statements will be helpful in deciding whether to appeal an adverse determination.

I appreciate your attention to this and expect, as the FOIA provides, to hear from your office within 20 days. If you have any questions about the nature or scope of this request, please call me at: 202-481-1211.

Sincerely,

Marina Walker Guevara

Marina Walker Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC 20006
202-481-1211
mwalker@icij.org

# ATTACHMENT 9

December 23, 2005
Case Number: 200504760

Ms. Marina W. Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC  20006

Dear Ms. Guevara:

This is in response to your Freedom of Information Act (FOIA)
request, dated October 18, 2005 for copies of documents
concerning the Department of State International Affairs Database
(IAD) for all available years.

We are in the process of reviewing your request and will contact you
again with additional information about the records you seek.

If you have any questions, please do not hesitate to contact us.  We
can provide faster service if you include the case number of your
request in your communications with us.

---

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
     *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 9

-2-

We are pleased to be of service to you.

Sincerely,

Katrina M. Wood
Requester Communications Branch

Enclosure: As stated.

Office of Information Programs and Services
U.S. Department of State  SA- 2
Washington, DC 20522-8100
    Web site: foia.state.gov

Inquiries:
Phone: 1- 202- 261- 8314
FAX: 1- 202- 261- 8579
email: FOIAStatus@state.gov

# ATTACHMENT 10



**United States Department of State**

*Washington, D.C. 20520*

January 4, 2006
Case Number: 200504760

Ms. Marina W. Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC  20006

Dear Ms. Guevara:

This is a follow-up to our letter dated December 23, 2005, concerning your Freedom of Information Act (FOIA) request dated October 18, 2005, for copies of documents concerning the Department of State International Affairs Database (IAD) for all available years.

The IAD is a budget formulation, presentation, and allocation system, and it contains Foreign Operations and mission budget account and allocation information.  Each year, detailed budget account and allocation information is pulled from the IAD and is submitted to Congress for the <u>Congressional Budget Justifications for Foreign Operations</u>.  These budget requests are available on the Department's website for the last five fiscal years—go to the Department's "International Affairs Budget" web page at:

---

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
      *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 10

- 2 -

http://www.state.gov/s/d/rm/c6112.htm, and chose Congressional
Budget Justifications for Foreign Operations for each fiscal year.

We trust that this completes the processing of your request for
information from the IAD. Accordingly, we have closed the file.

If you have any questions, please do not hesitate to contact us at the
address provided below. We can provide faster service if you
include the case number of your request in your communications
with us.

We are pleased to be of service to you.

                    Sincerely,

                    *Katrina M. Wood*

                    Katrina M. Wood
                    Requester Communications Branch

*Office of Information Programs and Services*
*U.S. Department of State SA- 2*
*Washington, DC 20522-8100*
     *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

# ATTACHMENT 11

Margaret P. Grafeld
Information & Privacy Coordinator
Office of Information Resources Management Programs and Services
A/RPS/IPS, SA-2
Department of State
Washington, D.C. 20522-6001

October 18, 2005

Dear Ms. Grafeld:

This is a request under the Federal Freedom of Information Act (FOIA), the First Amendment to the United States Constitution, the common law of the United States, the Privacy Act (5 U.S.C.) section 552a, and any statue providing for public access to government information:

I request that I be sent copies of the following documents:

**All appointment logs, appointment calendars, calendars of meetings, daily agendas and other similar records for Ambassador Randall L. Tobias, U.S. Global AIDS Coordinator, between October 6, 2003, and the date on which you process this request.**

I would prefer to receive the largest number of records or documents in electronic form.

I am filing this FOIA request as a "representative of the news media," which both the Department of State and the Central Intelligence Agency have granted members of my organization in previous FOIA searches of their archives. This designation entitles me to a waiver of fees accumulated during the actual search and review process. However, if your agency does determine that I should be charged for any part of this request, please contact me before any searches reach an estimate cost of $25.

The Center for Public Integrity is a nonpartisan, nonprofit investigative reporting organization, based in Washington, D.C., whose mission is to examine and write about public service and ethics-related issues. The International Consortium of Investigative Journalists was created in 1997 as a project of the Center for Public Integrity. For more information on the Center for Public Integrity, ICIJ, and their online publication, please refer, respectively, to http://www.publicintegrity.org, http://www.icij.org, and http://www.public-i.org.

In reference to our request I have provided the following information addressing the points listed in the Department of Justice's FOIA Guide, 2002 Edition: Fees and Fee Waivers, as found online at http://www.usdoj.gov/oip/fees.htm.

1. The content from these records "is likely to contribute" to the understanding of your agency to the common reader. Our research would not be possible without the specific content garnered by the release of the requested information. Prior to any action on this FOIA request, this information is not in the public domain.

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 11

**2.** Due to the nature of our organization, the Center for Public Integrity, the disclosure under our FOIA request will "contribute to the understanding of the public at large." The information will be posted to our newsletter, *The Public i* and on our website, www.publicintegrity.org, and will be read by a large number of people. We expect the information produced through this and other FOIA requests to serve as the basis for several press releases and articles that explain the actions and operations of government to the general public. Similar stories we have written in the past have increased the understanding of an issue by a large percentages of the public. For example, our organization posted the first stories about the "Lincoln Bedroom" scandal under the Clinton administration, and now the general public knows that campaign contributors to the Democratic Party were allowed to stay at the White House. Other stories, including the Center's exclusive release of Securities and Exchange Commission Records pertaining to President Bush's sale of Harken stock and Vice President Cheney's connections to the Halliburton Corporation have similarly informed the public.

**3.** In addition to publishing the information on our website, relevant information from this FOIA request will also be distributed to the general public via major news organizations. Among the news organizations that referred to our reports during a recent time period are: CBS, NBC, CNN, NPR, U.S. News & World Report, AP, AFP, Reuters, Knight Ridder, Cox News, New York Times, Washington Post, Los Angeles Times, USA Today, Dallas Morning News, Houston Chronicle, Austin American Statesman, Chicago Tribune, Philadelphia Inquirer, Christian Science Monitor, Atlanta Journal & Constitution, San Francisco Chronicle and the Seattle Times. International newspapers such as The Gazette (Montreal), Daily Telegraph (London), The Guardian, Irish Times, Scotland on Sunday and Hong Kong Mail have also cited the Center reports during a recent time period. We expect that information provided through this FOIA request will similarly result in reporting featured by such national and global news organizations.

The Center for Public Integrity also possesses the skills necessary to process the requested information. We are investigative journalists. We write and post an online newsletter. Other members of the media consider us to be news organization as evidenced by our numerous awards over the years from the Society of Professional Journalists and the Investigative Reporters and Editors Inc. Additionally, many federal agencies have deemed the Center for Public Integrity to be news media for FOIA requests.

**4.** The disclosures we requested through the Freedom of Information Act do not primarily serve any "commercial interest." Any data derived from our request will be used primarily to educate the public and will be distributed freely. As described in section (3), we represent the news media and plan to distribute this information to the public.

**5.** In reference to any "commercial interest," we do not have any. Almost all of our money comes from grants and donations. The Center for Public Integrity is a non-profit. Almost all of the publications by the Center are made available without charge.

As I am sure you are aware, the Freedom of Information Act, under 32 C.F. R. 806, requires that if part of a record is exempt from disclosure, you must redact and release all

segregated parts. Please describe the deleted material in detail and specify the reasons for believing that the alleged statutory justification applies in this instance.

I look forward to your decision on granting or denying our request within 20 days as outlined by the statute. As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or email, rather than by mail, if you have questions regarding this request. If my request is denied in whole or in part, please specify which exemption(s) is (are) claimed for each passage or whole document denied. In addition, please give the number of pages in each document and the total number of pages pertaining to this request and the dates of the documents withheld. Please provide copies of any logs, internal tracking numbers or other file-tracking device or system of documents in existence but denied disclosure. Such statements will be helpful in deciding whether to appeal an adverse determination.

I appreciate your attention to this and expect, as the FOIA provides, to hear from your office within 20 days. If you have any questions about the nature or scope of this request, please call me at: 202-481-1211.

Sincerely,

Marina Walker Guevara

Marina Walker Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC 20006
202-481-1211
mwalker@icij.org

# ATTACHMENT 12



**United States Department of State**

*Washington, D.C. 20520*

December 23, 2005
Case Number: 200504788

Ms. Marina W. Guevara
The Center for Public Integrity
910 17th Street, NW, Suite 700
Washington, DC  20006

Dear Ms. Guevara:

This is in response to your Freedom of Information Act (FOIA) request, dated October 18, 2005, for copies of appointment logs, appointment calendars, and other similar records for Ambassador Randall L. Tobias, U.S. Global Aids Coordinator, between October 6, 2003 and the present.

We will begin the processing of your request based upon the information provided in your communication.  We will notify you as soon as responsive material has been retrieved and reviewed.

We wish to advise you that the cut-off date for retrieving records is either the date you have given the Department by specifying a particular time frame or the date the search is initiated.

---

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 12

-2-

**Fees:** The Freedom of Information Act requires agencies to assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

Based upon the information that you have provided, we have placed you in the "news media" requester category. This category requires us to assess:

- duplication costs after first 100 pages.

(see 22 CFR 171, enclosed)

Based upon the information provided in your letter, your request for a fee waiver has been denied. If you wish to appeal this decision, you may write to the Chief, Requester Liaison Division, at the address given on the bottom of this page. Your appeal should address the points listed in the enclosed sheet entitled "Requests for Fee Waivers." Your appeal must be sent to us within 30 days from the date that you receive this letter.

You have stated your willingness to pay the fees incurred in the processing of this request up to $25.00.

We will notify you of the costs incurred in processing your request as soon as the search for and review of any responsive documents have been completed.

*Office of Information Programs and Services*
*U.S. Department of State SA- 2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

- 3 -

While we will make every effort to meet the time limits cited in the Freedom of Information Act (5 USC § 552), unusual circumstances may arise for extending the time limit (see enclosure). We appreciate your patience in this matter.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

Katrina M. Wood
Requester Communications Branch

Enclosure: As stated.

*Office of Information Programs and Services*
*U.S. Department of State SA- 2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314 –*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

# ATTACHMENT 13



**United States Department of State**

*Washington, D.C. 20520*

Cases No. 200504788 and 200505170

MAR 13 2006

Ms. Marina Walker Guevara
The Center for Public Integrity
910 17th Street, NW – Suite 700
Washington, DC 20006

Dear Ms. Guevara:

I refer to your letters dated October 18 and 19, 2005, requesting the release of certain Department of State material under the Freedom of Information Act (Title 5 USC Section 552).

We initiated a search in the following records system: the Office of the Coordinator of U.S. Global AIDS (S/GAC), resulting in the retrieval of 28 documents that appear responsive to your request. After reviewing the documents we retrieved, we have determined that one may be released and 27 may be released with excisions. The documents are enclosed.

The material in the excised portions of the 27 documents released in part is of such a nature that its release would constitute a clearly unwarranted invasion of personal privacy. As such, it is exempt from release under subsection (b)(6) of the Freedom of Information Act.

In the case of a document released in part, all non-exempt material that is reasonably segregable from the exempt material has been released.

For your information, the S/GAC does not keep "telephone logs reflecting incoming or outgoing calls by Ambassador Tobias" or "telephonic message clips." To the extent that there are records of phone calls or conference calls, they are included in the enclosed Outlook appointment calendar printouts.

It should be noted that Secretary Rice's name appears in early pages of the Outlook calendar before her appointment as Secretary of State was confirmed. This happened as a result of a global change that was made to the calendar when she became Secretary. The calendar is an electronic document, and it was produced in the form in which it appeared when S/GAC conducted the search for the requested records.

The Freedom of Information Act provides for the recovery of the direct cost of duplicating records requested for non-commercial use by a representative of the news media. No charge is made for the first one hundred pages of duplication. Total fees due in this case are

PEPPE DECLARATION
Civil Action No. 05-02313
Exhibit 13

- 2 -

$111.00, representing an additional 740 pages duplicated @ $0.15 per page. Please make your check or money order payable to the Treasurer of the United States, and mail it to the Office of Information Programs and Services, Room 8100, SA-2, Department of State, Washington, D.C., 20522-8100. Please be sure to write the case number on your check or money order.

We have now completed the processing of these two cases. If you have any questions with respect to our handling of your request, you may write to the Office of Information Programs and Services, Room 8100, SA-2, Department of State, Washington, D.C. 20522-8100. Please be sure to refer to the case number shown above in all correspondence about this case.

We hope that the Department has been of service to you in this matter.

Sincerely,

Margaret P. Grafeld
Director
Office of Information Programs
   and Services

Enclosures:
   As stated.

## EXPLANATION OF EXEMPTIONS

### The Freedom of Information Act (FOIA) Exemptions

**(b)(1)** Withholding specifically authorized under an Executive Order in the interest of national defense or foreign policy, and properly classified.

#### Executive Order 12958, Classification Categories

(a) Military plans, systems or operations

(b) Foreign government information

(c) Intelligence activities, sources or methods, or cryptology

(d) Foreign relations or foreign activities of the US including confidential sources

(e) Scientific, technological or economic matters relating to national security

(f) USG programs for safeguarding nuclear materials or facilities

(g) Vulnerabilities or capabilities of systems, installations, projects or plans relating to US national security

**(b)(2)** Related solely to the internal personnel rules and practices of an agency.

**(b)(3)** Specifically exempted from disclosure by statute (other than section 552b of Title 5), such as:

| | |
|---|---|
| **INA** | the Immigration and Nationality Act, Title USC Section 1202(f). |
| **CA** | the Central Intelligence Agency Act of 1949, Title 50 USC Section 403(g). |
| **NA** | the National Security Act of 1947, 50 USC 403 (d)(3). |
| **EX** | the Arms Export Control Act, 22 USC 2778 |

**(b)(4)** Privileged/confidential trade secrets, commercial or financial information from a person.

**(b)(5)** Interagency or intra-agency communications forming part of the deliberative process.

**(b)(6)** Release would constitute a clearly unwarranted invasion of personal privacy.

**(b)(7)** Information compiled for law enforcement purposes that would:

(A) Interfere with enforcement proceedings.

(B) Deprive a person of a fair trial.

(C) Constitute an unwarranted invasion of personal privacy.

(D) Disclose confidential sources.

(E) Disclose investigation techniques.

(F) Endanger law enforcement personnel.

### Privacy Act Exemptions

**(b)** No agency shall disclose any record, which is contained in a system of records by any means of communication to any person, or to another agency, except pursuant to a written request or with the prior written consent of the individual to whom the record pertains.

**(d)(5)** Information compiled in reasonable anticipation of a civil action proceeding.

**(j)(1)** CIA records.

**(j)(2)** Enforcement of criminal law, including efforts to prevent, control, or reduce crime or apprehend criminals, except records of arrest.

**(k)(1)** Classified pursuant to E.O. 12958 in the interest of national defense or foreign policy such as intelligence sources and methods.

**(k)(2)** Investigatory material compiled for law enforcement purposes other than criminal.

**(k)(3)** Regarding protective services to the President of the US or other individual pursuant to Title 18, USC, Section 3056.

**(k)(4)** Required by statute to be maintained and used solely as statistical records.

**(k)(5)** Investigatory material compiled solely for the purpose of determining suitability eligibility or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence.

**(k)(6)** Testing or exam material used to determine individual qualifications for appointment or promotion in Federal service, the release of which would compromise the testing or exam process.

**(k)(7)** Material used to determine potential for promotion in the armed services.