IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>                 Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>                 Defendant. | Civil Action No. 1:05-cv-02313 (JDB) |

**[PROPOSED] ORDER**

This matter is before the Court on defendant's motion for an Open America stay of the proceedings, or in the alternative, for an extension of time. Having duly considered the parties submissions, it is hereby:

ORDERED that, defendant's motion for an Open America stay of the proceedings, or in the alternative for an extension of time, is GRANTED; and it is

FURTHER ORDERED that, these proceedings shall be stayed up to and including June 30, 2006; and it is

FURTHER ORDERED that, the parties will confer and file a proposed briefing schedule by July 14, 2006.

SIGNED and ENTERED this ___ day of _____, 2006.

                                                               JOHN D. BATES
                                                              United States District Court Judge