UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, | \| |
| | \| |
| Plaintiff, | \| |
| | \| |
| v. | \|   Civil Action No. 05-2313 (JDB) |
| | \|   ECF |
| U.S. DEPARTMENT OF STATE, | \| |
| | \| |
| Defendant. | \| |

### [PROPOSED] ORDER

Having considered the defendant's motion for an Open America stay of the proceedings or, in the alternative, for an extension of time, and the plaintiff's opposition thereto, it is hereby this ____ day of _____ 2006:

ORDERED, that the motion is denied;

FURTHER ORDERED, that defendant complete the processing of plaintiff's Freedom of Information Act requests, at issue in this lawsuit, by May 1, 2006; and

FURTHER ORDERED, that the parties confer and file a proposed briefing schedule by May 12, 2006.

_____
JOHN D. BATES
United States District Judge