UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF STATE,**<br><br>Defendant. | Civil Action No. 05-2313 (JDB) |

## ORDER

Upon consideration of [11] defendant's motion for stay of proceedings until June 30, 2006, or in the alternative, an extension of time, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the proceedings in this action shall be stayed until June 30, 2006; and it is further

**ORDERED** that the parties will confer and file a proposed briefing schedule by not later than July 14, 2006.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: April 24, 2006

Copies to:

Peter Newbatt Smith
CENTER FOR PUBLIC INTEGRITY
910 17th Street, NW
Washington, DC 20006-2606
Email: psmith@publicintegrity.org
    *Counsel for Plaintiff*

Amy Powell
U.S. DEPARTMENT OF JUSTICE
Civil Division -- Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Email:amy.powell@usdoj.gov
    *Counsel for Defendant*