# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF STATE,  )<br>  )<br>Defendant.  )<br>_____ ) | Civil Action No. 1:05-cv-02313 (JDB) |

## JOINT PROPOSED BRIEFING SCHEDULE

In light of this Court's order dated April 24, 2006 to file a proposed briefing schedule on July 14, 2006, counsel for the parties have conferred and agreed to a proposed briefing schedule.

The parties confirm that the production of Country Operating Plans in response to Plaintiff's Freedom of Information Act requests was completed before June 30, 2006. Accordingly, the parties request that the following schedule be set:

a. By July 31, 2006, plaintiff will notify the defendant of any exemptions, redactions or denials that it plans to challenge.

b. By September 8, 2006, the Department of State will provide an index of the redactions and exemptions that they were notified would be challenged. This index will include a description of each document and the justification for the redaction.

c. On September 22, 2006, the Department of State will file their motion for summary judgment.

d. On October 13, 2006, plaintiff will file its opposition to defendant's motion for summary judgment and will file its own motion for summary judgment.

e. On November 3, 2006, defendant Department of State will file its opposition to plaintiff's motion for summary judgment and a reply to plaintiff's opposition to defendant's motion for summary judgment.

f. On November 20, 2006, plaintiff will file its reply to defendant's opposition to

      plaintiff's motion for summary judgment.

It is requested that the Court so order.

Dated: July 14, 2006            Respectfully submitted,

                             PETER D. KEISLER
                             Assistant Attorney General

                             KENNETH L. WAINSTEIN
                             United States Attorney

                             ARTHUR R. GOLDBERG
                             Assistant Director
                             Federal Programs Branch

/s_____      /s_____
PETER NEWBATT SMITH                  AMY E. POWELL
D.C. Bar #458244                         Attorney (NY Bar)
Center for Public Integrity              U.S. Department of Justice
910 17th Street, N.W., 7th Floor       Civil Division, Federal Programs Branch
Washington, DC 20006-2606          20 Massachusetts Avenue, N.W. Rm. 7217
202-481-1239                              Washington, D.C. 20530
Attorney for Plaintiff                     Telephone: (202) 514-9836
                                           Facsimile: (202) 616-8202
                                           Email: amy.powell@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,    ) | |
|                                 ) | |
|            Plaintiff,           ) | |
|                                 ) | |
|     v.                          ) | Civil Action No. 1:05-cv-02313 (JDB) |
|                                 ) | |
| U.S. DEPARTMENT OF STATE,       ) | |
|                                 ) | |
|            Defendant.           ) | |
|                                 ) | |

**[PROPOSED] ORDER**

Having considered the joint proposed briefing schedule, the parties shall adhere to the following schedule, unless it is modified by the Court for its own convenience or on application of a party:

a.  By July 31, 2006, plaintiff will notify the defendant of any exemptions, redactions or denials that it plans to challenge.

b.  By September 8, 2006, the Department of State will provide an index of the redactions and exemptions that they were notified would be challenged.  This index will include a description of each document and the justification for the redaction.

c.  On September 22, 2006, the Department of State will file their motion for summary judgment.

d.  On October 13, 2006, plaintiff will file its opposition to defendant's motion for summary judgment and will file its own motion for summary judgment.

e.  On November 3, 2006, defendant Department of State will file its opposition to plaintiff's motion for summary judgment and a reply to plaintiff's opposition to defendant's motion for summary judgment.

f.  On November 20, 2006, plaintiff will file its reply to defendant's opposition to plaintiff's motion for summary judgment.

SO ORDERED on this ____ day of July, 2006.

_____
John D. Bates
United States District Judge