```
                                                           FILED

                                                          JUL 17 2006
       IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA              CLERK, U.S. DISTRICT COURT
                                                        DISTRICT OF COLUMBIA
```

CENTER FOR PUBLIC INTEGRITY, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:05-cv-02313 (JDB)
)
U.S. DEPARTMENT OF STATE, )
)
Defendant. )
_____ )

**ORDER**

Having considered the joint proposed briefing schedule, the parties shall adhere to the following schedule, unless it is modified by the Court for its own convenience or on application of a party:

a. By July 31, 2006, plaintiff will notify the defendant of any exemptions, redactions or denials that it plans to challenge.

b. By September 8, 2006, the Department of State will provide an index of the redactions and exemptions that they were notified would be challenged. This index will include a description of each document and the justification for the redaction.

c. On September 22, 2006, the Department of State will file their motion for summary judgment.

d. On October 13, 2006, plaintiff will file its opposition to defendant's motion for summary judgment and will file its own motion for summary judgment.

e. On November 3, 2006, defendant Department of State will file its opposition to plaintiff's motion for summary judgment and a reply to plaintiff's opposition to defendant's motion for summary judgment.

f. On November 20, 2006, plaintiff will file its reply to defendant's opposition to plaintiff's motion for summary judgment.

SO ORDERED on this 14th day of July, 2006.

_____
John D. Bates
United States District Judge