IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02313 (JDB) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

JOINT MOTION FOR A STAY OF PROCEEDINGS

Defendant United States Department of State and Plaintiff Center for Public Integrity hereby move for a stay of the proceedings pending settlement negotiations. The Court entered an order on July 27, 2006, setting a briefing schedule for cross motions for summary judgment. Since that date, the parties have engaged in serious settlement negotiations and expect to reach an agreement in this matter without need for further briefing. Accordingly, to conserve the resources of the parties and the Court, we jointly ask the Court to vacate its previous order and to stay proceedings pending settlement negotiations.

Dated: September 8, 2006                                             Respectfully submitted,

/s
PETER NEWBATT SMITH                                    PETER D. KEISLER
D.C. Bar #458244                                                    Assistant Attorney General
Center for Public Integrity
910 17th Street, N.W., 7th Floor                          KENNETH L. WAINSTEIN
Washington, DC 20006-2606                               United States Attorney
*Attorney for Plaintiff*

                                                                              ARTHUR R. GOLDBERG
                                                                              Assistant Director
                                                                              Federal Programs Branch

/s               
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7217
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF STATE,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 1:05-cv-02313 (JDB) |

**[PROPOSED] ORDER**

Having duly considered the parties' joint motion for a stay of the proceedings, it is hereby:

ORDERED that, the parties' motion for a stay of the proceedings is GRANTED.

SIGNED and ENTERED this ___ day of _____, 2006.

JOHN D. BATES
United States District Court Judge