IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02313 (JDB) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

    Plaintiff Center for Public Integrity and Defendant United States Department of State jointly file this status report in order to inform the Court of the impending settlement of this case. On September 8, 2006, the parties jointly moved to stay the proceedings pending settlement negotiations. On October 6, 2006, the parties reached an agreement in which the Plaintiff agreed to dismiss the suit, with all parties to bear their own costs and fees, after Defendant has produced certain documents. The Defendant expects to produce those documents by February 28, 2007.

    The Court has ordered a status hearing for October 11, 2006 at 9:00 am. In light of the aforementioned agreement, the parties believe that hearing has become unnecessary and recommend that the Court continue to stay the proceedings until March 14, 2007.

Dated: October 10, 2006

/s _____
PETER NEWBATT SMITH
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch


/s                       
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov