IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02313 (JDB) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

JOINT MOTION FOR AN EXTENSION OF TIME

    Defendant United States Department of State and Plaintiff Center for Public Integrity hereby move for an extension of time until November 1, 2006 to stipulate to dismissal of the above-captioned matter.  With the agreement of the parties, the Court entered an order on October 11, 2006, directing the parties to stipulate to dismissal by October 25, 2006.  A last-minute glitch regarding the data already produced leads the parties to request jointly an additional week, or until November 1, 2006, to file the stipulation.

Dated:  October 25, 2006                                                Respectfully submitted,

/s                                                                                              
PETER NEWBATT SMITH                                          PETER D. KEISLER
D.C. Bar #458244                                                        Assistant Attorney General
Center for Public Integrity
910 17th Street, N.W., 7th Floor                               JEFFREY A. TAYLOR
Washington, DC 20006-2606                                   United States Attorney
*Attorney for Plaintiff*

                                                                                         ARTHUR R. GOLDBERG
                                                                                        Assistant Director
                                                                                        Federal Programs Branch

/s                    
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Rm. 7217
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02313 (JDB) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

Having duly considered the parties' joint motion for an extension of time until November 1, 2006, it is hereby:

ORDERED that, the parties' joint motion for an extension of time is GRANTED.

SIGNED and ENTERED this ___ day of _____, 2006.

JOHN D. BATES
United States District Court Judge