# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>U.S. DEPARTMENT OF STATE,  )<br>  )<br>    Defendant.  )<br>  ) | Civil Action No. 1:05-cv-02313 (JDB) |

  Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiff, CENTER FOR PUBLIC INTEGRITY ("CPI"), and Defendant, UNITED STATES DEPARTMENT OF STATE, stipulate to the voluntary dismissal of this action by the Plaintiff. This dismissal is with prejudice with the exception that it is subject to re-filing if and only if Defendant fails to comply with the Amended Settlement Agreement and Release between the parties, executed on October 31, 2006. Each party agrees to bear its own costs and fees.


Dated: November 1, 2006

/s/
PETER NEWBATT SMITH
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director
Federal Programs Branch

/s_____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov